UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILORAD OLIC, | No. 2:16-cv-0307 KJN P |
| Plaintiff, | |
| v. | ORDER |
| J. BOOTH, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee of $350.00 plus the $50.00 administrative fee.[1] See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff claims that he submitted an application to proceed in forma pauperis in Case No. 2:15-cv-0694 JAM CMK. (ECF No. 2.) However, plaintiff must submit his application in each new case. Therefore, plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the required fees totaling $400.00.

////

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $50.00 administrative fee.

1

1 | Plaintiff is cautioned that the in forma pauperis application form includes a section that
2 | must be completed by a prison official, and the form must be accompanied by a certified copy of
3 | plaintiff's prison trust account statement for the six-month period immediately preceding the
4 | filing of this action.
5 | In accordance with the above, IT IS HEREBY ORDERED that:
6 | 1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in
7 | support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or
8 | the required fees in the amount of $400.00; plaintiff's failure to comply with this order will result
9 | in a recommendation that this action be dismissed; and
10 | 2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In
11 | Forma Pauperis By a Prisoner.
12 | Dated: February 25, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

olic0307.3a